JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MATTHEW C. WOLF, ESQ.
Nevada Bar No. 010801
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:   702-383-0701
jolson@ocgd.com
fgalati@ocgd.com

Attorneys for Defendant
CHURCH MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

ARCHIE SANDERS, indiviudally;
JAMES HOUSTON, individually,

    Plaintiffs,

vs.

CHURCH MUTUAL INSURANCE
COMPANY; DOES I through 100; and
ROE CORPORATIONS 11 through 200,

    Defendants.

CASE NO.  2:12-cv-1392-LRH-PAL

## REQUEST TO BE REMOVED FROM ELECTRONIC FILING AND SERVICE LIST

    The undersigned hereby requests to be removed from the filing and service list by electronic means through the Court's e-filing program on behalf of Defendant Church Mutual as he no longer is the attorney handling this case for the law firm of Olson, Cannon, Gormley & Desruisseaux.

    Documents are no longer to be served by electronic means to the following person at the e-mail addresses listed below:

. . . .

. . . .

1.    David M. Jones at djones@ocgd.com and manthis@ocgd.com

DATED this _22_ day of August, 2012.

                                            OLSON, CANNON, GORMLEY
                                            & DESRUISSEAUX

                                            By _____
                                                DAVID M. JONES, ESQ.
                                                9950 West Cheyenne Avenue
                                                Las Vegas, NV 89129

IT IS SO ORDERED this 27th day
of August, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE BY ELECTRONIC FILING

I HEREBY CERTIFY that on this 23rd day of August, 2012, I served a true and correct copy of the above and foregoing REQUEST TO BE REMOVED FROM ELECTRONIC FILING AND SERVICE LIST via the Federal Court Filing Program Service.

*An employee of* OLSON, CANNON, GORMLEY DESRUISSEAUX