JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MATTHEW C. WOLF, ESQ.
Nevada Bar No.   010801
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
jolson@ocgd.com
fgalati@ocgd.com

Attorneys for Defendant
CHURCH MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| ARCHIE SANDERS, indiviudally;<br>JAMES HOUSTON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CHURCH MUTUAL INSURANCE<br>COMPANY; DOES I through 100; and<br>ROE CORPORATIONS 11 through 200,<br><br>Defendants. | CASE NO.  2:12-cv-1392-LRH-PAL |

## REQUEST TO BE REMOVED FROM ELECTRONIC FILING AND SERVICE LIST

The undersigned hereby requests to be removed from the filing and service list by

electronic means through the Court's e-filing program on behalf of Defendant Church Mutual as

he no longer is the attorney handling this case for the law firm of Olson, Cannon, Gormley &

Desruisseaux.

Documents are no longer to be served by electronic means to the following person at the

e-mail addresses listed below:

. . . .

. . . .

Law Offices of
OLSON, CANNON, GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

1.     David M. Jones at djones@ocgd.com and manthis@ocgd.com

DATED this _____ day of August, 2012.

OLSON, CANNON, GORMLEY
& DESRUISSEAUX

By_____
DAVID M. JONES, ESQ.
9950 West Cheyenne Avenue
Las Vegas, NV 89129

IT IS SO ORDERED this 27th day
of August, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE BY ELECTRONIC FILING**

I HEREBY CERTIFY that on this 23rd day of August, 2012, I served a true and correct copy of the above and foregoing REQUEST TO BE REMOVED FROM ELECTRONIC FILING AND SERVICE LIST via the Federal Court Filing Program Service.

An employee of OLSON, CANNON, GORMLEY DESRUISSEAUX