# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Archie Sanders, individually; James Houston, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Church Mutual Insurance Company, Inc.; DOES 1 through 100; and ROE CORPORATIONS 101 through 200<br><br>Defendants | CASE NO.: 2:12-cv-01392-LRH-PAL<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL AND WITHDRAWAL OF PENDING MOTION FOR SUMMARY JUDGMENT (#17) |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN**, the Plaintiffs, ARCHIE SANDERS and JAMES HOUSTON, by and through their attorney of record, SCOTT L. POISSON, ESQ. and JAMIE H. CORCORAN, ESQ., of the firm BERNSTEIN & POISSON, and Defendant, CHURCH MUTUAL INSURANCE COMPANY, by and through their counsel of record, PETER ANGULO ESQ. of the firm

-1-

OLSON, CANNON, GORMLEY, ANGULO, & STOBERSKI, stipulate that the above-captioned lawsuit shall be dismissed as follows:

**Count I (negligence) has already been dismissed by prior order of the Court, said dismissal is with prejudice**

**As to Count II** (breach of contract), this Claim shall be **dismissed WITHOUT prejudice**, with each party to bear its own fees and costs.

**As to Count III** (breach of the implied covenant of good faith and fair dealing), this claim shall be **dismissed WITH prejudice**, with each party to bear its own fees and costs.

**As to Count IV** (unfair claims practices), this Claim shall be **dismissed WITH Prejudice**, with each party to bear its own fees and costs.

In addition, as a result of this Stipulation, Defendant agrees to withdraw its presently pending Motion for Summary Judgment (#17) as moot.

Dated this __l__ day of May, 2013            Dated this __/__ day of May, 2013

BERNSTEIN & POISSON                          OLSON, CANNON, GORMLEY,
                                             ANGULO, & STOBERSKI

_____                 _____
Jamie H. Corcoran, Esq.                      Peter Angulo, Esq.
320 S. Jones Blvd.                           9950 W. Cheyenne Avenue
Las Vegas, NV 89107                          Las Vegas, Nevada 89129
*Attorneys for Plaintiff*                    *Attorneys for Defendant*

-2-

## ORDER

IT IS HEREBY ORDERED Plaintiffs' Complaint against Church Mutual Insurance Company is dismissed completely in the following manner: **without prejudice** as to Count II and **with prejudice** as to Counts III, and IV – with the parties to bear their own costs and attorneys' fees.

DATED this __3rd__ day of May, 2013

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE