1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9
10
11

| | |
|---|---|
| Archie Sanders, individually; James Houston, individually; | CASE NO.:  2:12-cv-01392-LRH-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR** |
| Church Mutual Insurance Company, Inc.; DOES 1 through 100; and ROE CORPORATIONS 101 through 200 | **VOLUNTARY DISMISSAL AND** |
| | **WITHDRAWAL OF PENDING** |
| Defendants | **MOTION FOR SUMMARY** |
| | **JUDGMENT (#17)** |

12
13
14
15
16
17
18
19
20
21
22

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN**, the

Plaintiffs, ARCHIE SANDERS  and JAMES HOUSTON, by and through their attorney

of record, SCOTT L. POISSON, ESQ. and JAMIE H. CORCORAN, ESQ., of the firm

BERNSTEIN & POISSON, and Defendant, CHURCH MUTUAL INSURANCE

COMPANY, by and through their counsel of record, PETER ANGULO ESQ. of the firm

23
24
25
26
27
28

OLSON, CANNON, GORMLEY, ANGULO, & STOBERSKI, stipulate that the above-captioned lawsuit shall be dismissed as follows:

**Count I (negligence) has already been dismissed by prior order of the Court, said dismissal is with prejudice**

**As to Count II** (breach of contract), this Claim shall be **dismissed WITHOUT prejudice**, with each party to bear its own fees and costs.

**As to Count III** (breach of the implied covenant of good faith and fair dealing), this claim shall be **dismissed WITH prejudice**, with each party to bear its own fees and costs.

**As to Count IV** (unfair claims practices), this Claim shall be **dismissed WITH Prejudice**, with each party to bear its own fees and costs.

In addition, as a result of this Stipulation, Defendant agrees to withdraw its presently pending Motion for Summary Judgment (#17) as moot.

Dated this ⎣ day of May, 2013          Dated this ⎣ day of May, 2013

BERNSTEIN & POISSON                   OLSON, CANNON, GORMLEY,
                                      ANGULO, & STOBERSKI

Jamie H. Corcoran, Esq.               Peter Angulo, Esq.
320 S. Jones Blvd.                    9950 W. Cheyenne Avenue
Las Vegas, NV 89107                   Las Vegas, Nevada 89129
*Attorneys for Plaintiff*             *Attorneys for Defendant*

**ORDER**

IT IS HEREBY ORDERED Plaintiffs' Complaint against Church Mutual Insurance Company is dismissed completely in the following manner: **without prejudice** as to Count II and **with prejudice** as to Counts III, and IV – with the parties to bear their own costs and attorneys' fees.

DATED this _3rd_ day of May, 2013

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE